**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6541**

MICHAEL SAMUEL EVANS,

        Plaintiff - Appellant,

    v.

CHRIST FOSTER; PAUL S. WILKERSON, JR., D.P.M.; SANDRA
WILLIAMS; THIRTEENTH CIRCUIT OFFICE,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. David C. Norton, District Judge.
(6:15-cv-00573-DCN)

Submitted: July 23, 2015        Decided: July 28, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Samuel Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Samuel Evans appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Evans' informal brief does not challenge the bases for the district court's disposition, Evans has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED